UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| GUY FISHER | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION |
| v. | ) | NO. 06-12304-JGD |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

# JUDGMENT

DEIN, U.S.M.J.

In accordance with the Court's Findings of Fact and Conclusions of Law dated March 30, 2010, it is hereby ORDERED:

Judgment for the Plaintiff in the amount of $965,372.50 against the Defendant.

SARAH THORNTON
CLERK OF COURT

  / s / Jolyne D'Ambrosio
By:  Deputy Clerk

DATED:  March 31, 2010